UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-62060 |
| | (Jointly Administered) |
| Pride Of The Hills Manufacturing Inc., et al.[1] | CHAPTER 7 |
| Debtor(s). | JUDGE RUSS KENDIG |

## TRUSTEE'S EX PARTE MOTION FOR AUTHORITY TO PROVIDE LIMITED NOTICE OF APPLICATION FOR ADMINISTRATIVE EXPENSE

Now Comes Lisa M. Barbacci, Trustee ("Trustee"), and pursuant to Fed. R. Bankr. P. 2002(a), requests this court grant her authority to provide limited notice of the Application for Administrative Expense.

The Trustee is seeking to pay Attorneys Mediation Services LLC ("AMS") for services rendered in this case. AMS has provided mediation services which were necessary to the administration of this case. For these services, AMS has requested $2,362.50. There are sufficient funds on hand to pay the requested fees.

There are more than 150 creditors in the jointly administered cases. The Trustee believes that notice to all creditors would be burdensome to the estate(s).

Therefore, the Trustee respectfully requests this court grant this ex parte motion so that she may provide limited notice of the Application for Administrative Expense to (1) Debtor's Counsel, (2) the U.S. Trustee, (3) those parties requesting notice or on the Court's electronic mail notice list, and (4) Attorneys Mediation Services LLC. Should the court grant this ex parte motion, the Trustee will provide notice to the foregoing parties immediately.

Respectfully submitted,
/s/ Lisa M. Barbacci
Lisa M. Barbacci (0039392)
P.O. Box 1299
Medina, Ohio 44258-1299
330-722-4488
barbaccitrustee@gmail.com
CHAPTER 7 TRUSTEE

---

[1] The Debtors are Pride of the Hills Manufacturing, Inc. (Case No. 17-62060); Pride of the Hills Manufacturing of Killbuck, Inc. (Case No. 17-62061); and Audrian Properties LLC (Case No. 17-62062).

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was transmitted electronically on or about November 19, 2020, via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

| | |
|---|---|
| Lisa M. Barbacci | barbaccitrustee@gmail.com, lbarbacci@ecf.axosfs.com |
| Kate M. Bradley | kbradley@brouse.com, tpalcic@brouse.com; mmiller@brouse.com |
| Edwin H. Breyfogle | edwinbreyfogle@gmail.com, breyfogleer84552@notify.bestcase.com |
| Joel K. Dayton | jdayton@bmsa.com, lnodo@ecf.courtdrive.com |
| Anthony J. DeGirolamo | ajdlaw@sbcglobal.net, amber_weaver@sbcglobal.net; G23630@notify.cincompass.com |
| Thomas Dwain Jackson | tjackson@reminger.com |
| Tyler Wayne Kahler | tyler@guileylaw.net |
| Peter C. Kratcoski | pkratcoski@wwklaw.com, dmcmurdo@wwklaw.com |
| Jonathon H. Krol | jkrol@reminger.com, rnolan@reminger.com |
| Louise M. Mazur | lmazur@brouse.com, mrobertson@brouse.com |
| Marc Merklin | mmerklin@brouse.com, tpalcic@brouse.com; mmiller@brouse.com |
| Michael J. Moran | mike@gibsonmoran.com, moranecf@gmail.com; r55982@notify.bestcase.com |
| Nicholas Raymond Pagliari | npagliari@mijb.com, sburick@mijb.com |
| Joseph J. Pasquarella | jpasquarella@kwgd.com, mhelmick@kwgd.com |
| Robert Bruce Preston | bobpreston3@gmail.com |
| Craig W. Relman | crelman@aol.com |
| Bruce R. Schrader | bschrader@ralaw.com |
| Richard P. Schroeter | rschroeter@amer-collect.com, sallman@amer-collect.com; HouliECF@aol.com; jvaughan@amer-collect.com |
| United States Trustee | (Registered address)@usdoj.gov |
| Chrysanthe E. Vassiles | cvassiles@bmsa.com, wpoling@ecf.courtdrive.com; cvassiles@ecf.courtdrive.com |
| Sean M. Warner | swarner@co.holmes.oh.us |
| Jill A. Whitworth | jill.w.1@bwc.state.oh.us |
| Derrick Rippy | derrick.v.rippy@usdoj.gov |

And by regular U.S. Mail or by e-mail, as requested, on November 19, 2020, to the following parties:

Attorneys Mediation Svcs., LLC
124 – 15th St. NW
Canton, OH 44703

PRA Receivables Mgmt., LLC
PO Box 41021
Norfolk, VA 23541
claims@recoverycorp.com

/s/Lisa M. Barbacci
Lisa M. Barbacci, Chapter 7 Trustee